IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NATHANIEL HIGAR and SHAELYN BOBBITT, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 2:17-CV-00060-JRG-RSP |
| TASK FORCE OF TEXAS, LLC, ALBERT ANDERSON, and JEFFREY THOMAS, | § § § § § | |
| Defendants. | § | |

**ORDER**

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report & Recommendation (Dkt. No. 60) by Magistrate Judge Payne, which recommends that Defendant Albert Anderson's Motion to Dismiss (Dkt. No. 52) be denied. No party has objected to the Report & Recommendation.

Having reviewed Magistrate Judge Payne's report, Mr. Anderson's motion, and Plaintiffs' response (Dkt. No. 56), the Court concludes Magistrate Judge Payne's Report & Recommendation is correct. **IT IS THEREFORE ORDERED** that the Report & Recommendation (Dkt. No. 60) is hereby **ADOPTED**. Accordingly, Mr. Anderson's Motion to Dismiss (Dkt. No. 52) is **DENIED**.

**So Ordered this**
Aug 11, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE